# FILED

# UNDER

# SEAL

SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number: 7709
SUE FAHAMI
Nevada Bar Number: 5634
Executive Assistant United States Attorney
JOSHUA BRISTER
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:25-CR-170-GMN-BNW-2 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| AARON WOLSKI ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Samira A. Barlow, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 17th day of October, 2025.

SUE FAHAMI
Executive Assistant United States Attorney

By ____/S/_____
JOSHUA BRISTER
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. AARON WOLSKI                                                                                             Docket No: 2:25-CR—170-GMN-BNW-2

Petrition for Action on Conditions of Pretrial Release

COMES NOW Samira A. Barlow, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Aaron WOLSKI. The defendant initially appeared on June 12, 2025, before U.S. Magistrate Judge Brenda Weksler and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant must continue or actively seek employment.
3. The defendant must abide by the following restriction on personal association, residence, or travel: Avoid all contact directly or indirectly with codefendants unless in the presence of counsel.
4. The defendant must not possess a firearm, destructive device, or other weapon.
5. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
6. The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, submitting to a breathalyzer and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
7. The defendant must participate in a program of inpatient or outpatient substance use treatment if directed by the Pretrial Services office or supervising officer.
8. The defendant must participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.
    a. Curfew:  You are restricted to your residence every day from 8pm to 8am, or as directed by the pretrial services office or supervising officer.
    b. Submit to the following location monitoring technology: GPS
9. The defendant must remove all roommates from primary residence except for girlfriend.

At an Initial Appearance Regarding Revocation of Pretrial Release hearing on June 16, 2025 held before Judge Brenda Weksler, the following condition was added:

10. The defendant shall not obtain a passport or passport card.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On October 17, 2025, upon execution of a Nevada State search warrant at the defendant's residence related to allegations of threats of death, a firearm was located inside the home.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this  17th  day of October, 2025. |
| Considered and ordered this 18th day of October, 2025 and ordered filed and made a part of the records in the above case. | |
| | Respectfully Submitted, |
| _(signed)_ Elayna J. Youchah | _(signed)_ Samira Barlow |
| Honorable Elayna J. Youchah | Samira A. Barlow |
| U.S. Magistrate Judge | U.S. Pretrial Services Officer |
| | Place: <u>Las Vegas, Nevada</u> |